UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

**Octavius Fryar**

Defendant(s).
-------------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

-CR-    (  )(  )

Defendant __Octavius Fryar_____ hereby voluntarily consents to participate in the following proceeding via _X_ videoconferencing or _X_ teleconferencing:

_X_  Initial Appearance Before a Judicial Officer

___  Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___  Bail/Detention Hearing

___  Conference Before a Judicial Officer


/s/ Octavius Fryar by JCM on consent
_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

Octavius Fryar
_____
Print Defendant's Name

_____
Defendant's Counsel's Signature

Francis O'Reilly
_____
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

11/16/2020
_____
Date

Judith C. McCarthy
_____
U.S. District Judge/U.S. Magistrate Judge